JULIA F. CRAFT, *Appellant,* v. H. M. CRAFT, *Appellee.*

Division B.

Decision Filed March 1, 1926.

*Mabry, Reaves & Carlton,* for Appellant;

*W. W. Whitehurst,* for Appellee.

PER CURIAM.—Because of his inconsistent and inequitable conduct and his laches, the complainant, appellee here, is not entitled to the trust relief prayed, therefore, the decree in his favor is reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND ELLIS AND STRUM concur in the Opinion.